cal sc

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 07cv421 JLS (AJB) |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOLLOWING EARLY |
| ) | NEUTRAL EVALUATION |
| CHARLES D. CROWDER; WELLS FARGO ) | CONFERENCE |
| BANK; DAVID M. CROWDER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On October 9, 2007, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Justin Kim, Esq. on behalf of plaintiff; Carl Starrett, Esq., Chuck Crowder, David Crowder and Hazel Crowder on behalf of defendants.

A full and final settlement was reached subject to defendant obtaining a loan against his property to facilitate payment of the outstanding sums. All material terms and conditions have been otherwise agreed to. The Court set a telephonic Settlement Status Conference for *November 1, 2007 at 9:30 a.m.* Plaintiff's counsel will be responsible for initiating the conference call.

IT IS SO ORDERED.

DATED: October 10, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court